**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6619**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GLENN CARSON MOORE,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:98-cr-00068-BO-1)

_____

Submitted:  January 28, 2025               Decided:  February 13, 2025

_____

Before GREGORY, AGEE, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Glenn Carson Moore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Carson Moore appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Upon review of the record, we conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against reducing Moore's sentence and denying his motion on that ground.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Moore*, No. 5:98-cr-00068-BO-1 (E.D.N.C. June 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*